## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

CRISTINA ESPAÑA,

                                        Plaintiff,            **3:21-cv-00142**

        -against-                                            **NOTICE OF VOLUNTARY
                                                             DISMISSAL PURSUANT TO
INTEGRATED BUILDING                                          F.R.C.P. 41**
MANAGEMENT, INC.,

                                        Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

        Pursuant to F.R.C.P.A. 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above captioned action is dismissed with prejudice and shall operate as an adjudication on the merits.

Dated: March 9, 2021
        New York, New York

                                Respectfully submitted,

                                _/s Jacob Aronauer_

                                **THE LAW OFFICES OF JACOB ARONAUER**
                                Jacob Aronauer
                                225 Broadway, 3rd Floor
                                New York, NY 100017
                                (212) 323-6980
                                jaronauer@aronauerlaw.com
                                _Attorney for Plaintiff_